JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARE FIRST SURGICAL CENTER, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TOLL GLOBAL FORWARDING USA, in its capacity as Plan Administrator of the Toll Global Forwarding Health Plan; TOLL GLOBAL FORWARDING HEALTH PLAN,<br><br>Defendants. | Case No. CV 13-02430-GW(MANx)<br><br>**ORDER DISMISSING ACTION <u>WITH</u> PREJUDICE** |

1    IT IS HEREBY ORDERED that pursuant to the stipulation of the parties,
2 the above-entitled action is hereby dismissed in its entirety, <u>with</u> prejudice,
3 pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and in
4 accordance with the terms of these parties' written confidential settlement
5 agreement.

6    The Court shall retain jurisdiction over this action for all matters relating to
7 the parties' performance under and enforcement of the above-mentioned
8 settlement agreement between them.

9    Each party shall bear its own fees and costs.

11
12 DATED:  January 17, 2014         *[signature: George H. Wu]*
                                    _____
13                                  HONORABLE GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE